# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| BURGER KING, | : No. 457 WAL 2014 |
| | : |
| Petitioner | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Commonwealth Court |
| v. | : |
| | : |
| | : |
| WORKERS' COMPENSATION APPEAL | : |
| BOARD (VRASIC), | : |
| | : |
| Respondents | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of April, 2015, the Petition for Allowance of Appeal is **DENIED**.